DORA RUBENSTEIN et al., Respondents, v. BERNARD R. SILBERT, Defendant. (Action No. 1.) DORA RUBENSTEIN et al., Respondents, v. INCORPORATED VILLAGE OF VALLEY STREAM, Appellant. (Action No. 2.) —

The affidavit in support of the motion shows no facts which should lead the court in its discretion to override the provisions of section 341-e of the Village Law. (*Bagan* v. *Fritz,* 274 App. Div. 1082.) Carswell, Acting P. J., Adel, Wenzel, MacCrate and Schmidt, JJ., concur. [200 Misc. 399.]